

# Halaby Law Group, P.C.

14 Main Street
Hingham, Massachusetts  02043
tel (781) 749 - 0909
fax (781) 749 - 0997
www.halabylegal.com

Jeffrey H. Katzenstein, Esq.

sender's email
jeffkatzenstein@halabylegal.com

December 8, 2017

***Via Case Management/Electronic Case Files System***

The Honorable Allison D. Burroughs
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

> **Re:**  **_Fred Humphrey, et. al v. Jeffrey Comoletti, et. al,_**
> **_United States District Court for the District of Massachusetts_**
> **_Civil Action No.: 1:15-CV-14170-ADB_**

Dear Judge Burroughs:

Pursuant to Your Honor's instruction at the September 11, 2017 scheduling conference, defendant Jeffrey Comoletti respectfully submits this letter, in lieu of a motion seeking to compel the plaintiff, Fred Humphrey, to provide written discovery responses.

On October 2, 2017, my office, on Mr. Comoletti's behalf, served a first set of interrogatories and first requests for production of documents upon plaintiff's counsel. Service was made via first-class mail and electronic copies were sent via e-mail on the following day.

On November 8, after not receiving a response within 30 days of service of the interrogatories in accordance with FRCP 33(b)(2), I sent an e-mail to plaintiff's counsel, inquiring as to when the answers could be expected. I sent a second e-mail on November 13, requesting a discovery conference on the issue, pursuant to Local Rule 37.1. Attorney Robert D'Alfonso responded to that e-mail and proposed to hold the discovery conference on November 16 at 3 p.m. While I was ultimately unable to participate in the conference due to an unexpected phone call on another matter, Mr. D'Alfonso e-mailed me that afternoon regarding the delayed discovery responses. Mr. D'Alfonso reported that Mr. Humphrey had been out-of-state because his father was on dialysis; however, he expected to be able to provide discovery responses within the next few weeks. In light of this, I agreed to extend the response deadline to December 6.

On December 7, after again not having received the plaintiff's discovery responses, I sent another e-mail to Mr. D'Alfonso, advising that unless the responses were *en route*, I would seek a court order

The Honorable Allison D. Burroughs
December 8, 2017
Page 2

compelling responses. Mr. D'Alfonso replied this morning via e-mail and reported that he has been unable to reach Mr. Humphrey for the last two weeks, and is unable to provide an expected date for service of the discovery responses.

While a delay in responding to discovery requests due to a family medical emergency is understandable, Mr. Humphrey is not entitled to completely ignore his obligations relating to this litigation. Mr. Comoletti therefore respectfully requests that this Court order Mr. Humphrey to respond to the discovery requests by December 22 or risk dismissal of this action under FRCP 37(b). If you would like, I can certainly provide copies of the above-referenced discovery requests and/or correspondence under separate cover.

Sincerely,

/s/ Jeffrey H. Katzenstein
BBO #674749
Counsel for Defendant Jeffrey Comoletti

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on December 8, 2017.


/s/ Jeffrey H. Katzenstein